# In the United States District Court for the Southern District of Georgia
## Brunswick Division

| | |
|---|---|
| REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE LOCAL COURT FOR DÜSSELDORF, GERMANY in the matter of: ANTONIA SANSONE,<br><br>Plaintiff,<br><br>v.<br><br>CLYDE RANDALL FORGRAVE,<br><br>Defendant. | CV 223-053 |

### ORDER

Upon consideration of Plaintiff's motion to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(2), dkt. no. 6, and good cause appearing, the Court **DISMISSES** this action **without prejudice**. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 27 day of June, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA